IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

GARY ADDISON,                                    *

                Plaintiff,            *

v.                                                             Case No.   7:21-cv-144(WLS)

                                   *

THOMAS COUNTY DETENTION CENTER,

                                   *

                Defendant.

_____              *

## J U D G M E N T

Pursuant to this Court's Order dated January 19, 2022, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

   This 19th day of January, 2022.

                                 David W. Bunt, Clerk

                                 s/ Robin L. Walsh, Deputy Clerk